# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUILIE ZEIGLER,** | : | CIVIL NO. 1:16-CV-1895 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CORRECT CARE SYSTEMS**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 26th day of March, 2018, upon consideration defendants' partial motion (Doc. 11) to dismiss, and in accordance with the accompanying memorandum, it is hereby ORDERED that:

1. The partial motion (Doc. 11) to dismiss is GRANTED as follows:

    a. The Eighth Amendment claim against defendant Correct Care Solutions, LLC is DISMISSED.

    b. The breach of contract claim is DISMISSED.

2. The partial motion (Doc. 11) to dismiss the professional negligence claims based on plaintiff's failure to file a certificate of merit is DENIED without prejudice.

3. On or before May 25, 2018, plaintiff shall file a certificate of merit that complies with PA. R. CIV. P. 1042.3. Failure to do so will result in dismissal of the professional negligence claims.

4. Defendants shall FILE an answer in accordance with the Federal Rules of Civil Procedure.

          /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania