# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUILIE ZEIGLER,** | : | CIVIL ACTION NO. 1:16-CV-1895 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **CORRECT CARE SYSTEMS**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 21st day of May, 2019, for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania